TALLMAN v. MITCHELL–McDERMOTT CONST. CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Arthur Tallman, an infant, against the Mitchell-McDermott Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 629.

TEDESCHI, Appellant, v. BACIGALUPO et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Gaetano Tedeschi against Antonio Bacigalupo and Joseph Bacigalupo, copartners. No opinion. Order of the County Court of Nassau County (89 Misc. Rep. 153, 151 N. Y. Supp. 649) affirmed, with $10 costs and disbursements.

TEEPE, Appellant, v. MILNES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Henry R. Teepe, as assignee of Henry F. Sanville, against John Milnes and another. No opinion. Order affirmed by default, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1147.

TEEPE, Appellant, v. MILNES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Henry R. Teepe, as assignee of Henry F. Sanville, against John Milnes and others. No opinion. Orders affirmed by default, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1147.

TERRY, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Frank Terry against the Long Island Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

THERASSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Louis F. Therasson against Nellie V. Thompson. No opinion. Motion denied.

TONGES et al. v. VANDERVEER CANARSIE IMPROVEMENT SYNDICATE et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Henry Tonges and another against the Vanderveer Canarsie Improvement Syndicate and another. No opinion. Motion to dismiss appeal (148 N. Y. Supp. 748) denied, on condition that appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

TOOLE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by James E. Toole against the City of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

TOOLE, Respondent, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Minnie Toole against the City of Syracuse.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence of the witness Schwartz to the effect that he had never heard of and had no knowledge of any person's receiving material injuries because of stumbling or tripping over an engineer's grade stake was improperly received, and that its reception over plaintiff's objection and exception, under the circumstances of this case, presents reversible error.

TRECCHIO, Respondent, v. MANHATTAN & QUEENS TRACTION CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Romano Trecchio against the Manhattan & Queens Traction Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

TREDENNICK CO., Respondent, v. NATIONAL BRIDGE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Tredennick Company against the National Bridge Company. S. K. Fuller, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TRUSTEES OF FREEHOLDERS AND COMMONALTY OF TOWN OF BROOKHAVEN, Respondents, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by the Trustees of the Freeholders and Commonalty of the Town of Brookhaven against Evelina M. Hawkins.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

TUOMEY, Respondent, v. WALSH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Thomas J. Tuomey against John J. Walsh and another. F. A. O'Neill, of New York City, for appellant. W. R. Hill, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 160 App. Div. 795, 145 N. Y. Supp. 722.